United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alexandra Acosta,<br>Defendant. | Case No. 23-60170-CR-Scola |

## Jury Note/Question

WE HAVE A VERDICT