United States District Court
for the
Southern District of Florida

United States of America,  )
Plaintiff                  )
                           )
v.                         )  Criminal Case No. 23-60170-CR-Scola
                           )
Alexandra Acosta,          )
Defendant.                 )

**Verdict**

We, the Jury in the above-captioned case, unanimously find the Defendant, Alexandra Acosta:

As to **Count 1** of the Superseding Indictment (Conspiracy):

Guilty ✓         Not guilty _____

As to **Count 2** of the Superseding Indictment (False Statement):

Guilty ✓         Not guilty _____

As to **Count 3** of the Superseding Indictment (False Statement):

Guilty ✓         Not guilty _____

As to **Count 4** of the Superseding Indictment (Wire Fraud):

Guilty ✓         Not guilty _____

Dated: June 5, 2024                SO SAY WE ALL

                                   _____
                                   **Foreperson's Signature**

                                   _____
                                   **Foreperson's Juror Number**